# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION (DAYTON)

| | |
|---|---|
| GEORGE KORDALIS, | Case No. 3:25-cv-00261 |
| Plaintiff, | District Judge Walter H. Rice |
| vs. | Magistrate Judge Caroline H. Gentry |
| CONNECTICUT PIE, LLC, *et al.*, | |
| Defendants. | |

## NOTICE OF DEFICIENCY AND ORDER

This matter is before the Court upon a *sua sponte* review for compliance with Federal Rule of Civil Procedure 7.1(a)(2). Defendant Bake Fresh North America, LLC has not filed a diversity disclosure statement as required by that Rule. Defendant Bake Fresh North America, LLC is therefore **ORDERED** to file such a statement no later than thirty days from the date of this Order. A sample "Diversity of Citizenship Disclosure Statement" is available on the Court's website.

**IT IS SO ORDERED.**

*s/ Caroline H. Gentry*
Caroline H. Gentry
United States Magistrate Judge