IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION (DAYTON)

| | |
|---|---|
| GEORGE KORDALIS, | Case No.: 3:25-cv-00261-WHR-CHG |
| Plaintiff, | |
| v. | **District Judge Walter H. Rice** |
| CONNECTICUT PIE, LLC dba DIANA'S BAKERY, | **Magistrate Judge Caroline H. Gentry** |
| and | |
| BAKE FRESH NORTH AMERICA, LLC, | |
| Defendants. | |

### ORDER ON DEFENDANT BAKE FRESH'S MOTION FOR VOLUNTARY REMAND

This matter is before the Court upon Defendant, Bake Fresh North America, LLC motion for voluntary remand (DE 5), filed herein by Defendant. The Court has carefully reviewed said motion, the entire court file, and is otherwise fully advised in the premises.

**ORDERED AND ADJUDGED** as follows:

1. The above-styled cause be and the same is hereby **GRANTED.**

2. The instant case shall be remanded to the Common Pleas Court of Montgomery County, Ohio, case number 2025 CV 03744.

**IT IS ORDERED.**

*Walter H. Rice*
Walter H. Rice
United States District Judge

4920-4657-4944, v. 1